UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| BOOMERANG TUBE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 14-00196 |
| UNITED STATE STEEL CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 14-00201 |

## ORDER

Upon consideration of defendant's partial consent motion to consolidate, and all other pertinent papers, it is hereby

ORDERED, that the motion is granted; and it is further

ORDERED, that *United States Steel Corporation v. United States*, No. 14-00201, is consolidated into lead case *Boomerang Tube v. United States*, Consol. No. 14-00196.

Dated: Oct. 28, 2014
New York, NY



/s/       Timothy C. Stanceu
              Chief Judge